[Criminal No. 469.  Filed January 24, 1920.]

[186 Pac. 586.]

## BART E. HOCKETT, Appellant, v. STATE, Respondent.

CRIMINAL LAW—RECORD SEARCHED FOR FUNDAMENTAL ERROR.—Where the Supreme Court has nothing before it but the record to consider, it will examine the same for fundamental error.

APPEAL from a judgment of the Superior Court of the County of Cochise. Alfred C. Lockwood, Judge. Affirmed.

Mr. Harry C. Miller, Mr. S. W. White and Mr. A. A. Worsley, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. L. B. Whitney, Assistant Attorney General, and Mr. R. N. French, County Attorney, for the State.

PER CURIAM.—From a conviction of violating the state liquor laws in transporting liquor within the state the appellant prosecutes this appeal. The conviction was had in February, 1919. The record was filed in this court in April, 1919. At the call of the January, 1920, calendar the case stood upon the record, and it was ordered submitted thereon.

We have examined the record for fundamental error, and, finding none, the judgment will be affirmed; and it is so ordered.